UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 09-04925-MMM(VBKx) | Date | August 20, 2009 |
|---|---|---|---|

| Title | James W. Brady et al v. Rip Curl, Inc. et al |
|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   IN CHAMBERS - COURT ORDER

Local Rule 83-2.3.1 provides:
> Any person who is not otherwise eligible for admission to practice before this Court, but who is a member in good standing of, and eligible to practice before, the bar of any United States Court, or of the highest court of any State, Territory or Insular Possession of the United States, who is of good moral character, and who has been retained to appear before this Court, may, upon written application and in the discretion of the Court, be permitted to appear and participate pro hac vice in a particular case.

On June 9, 2009, a reminder to complete and return the application along with a filing fee was issued to counsel Donald L. Dennison.

The court has not received counsel's Pro Hac Vice Application. Accordingly, the court, on its own motion, orders plaintiff**(s)** to show cause in writing on or before **September 2, 2009** why counsel's appearance should not be stricken and plaintiff substituted in as *Pro se*. The Order To Show Cause will stand submitted upon the filing of plaintiff's response. The court will consider the filing of the Pro Hace Vice Application and payment of fee as a satisfactory response to the Order To Show Cause.

Initials of Deputy Clerk   RR for AH